UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80080-CR-ALTMAN

**UNITED STATES**,

    *Plaintiff*,

v.

**DONALD NEHEMIAH WATSON**,

    *Defendant*.

_____/

## ORDER

On September 17, 2019, the Defendant, Donald Watson, was convicted of attempting to unlawfully bring an alien into the United States and of failing to heave to, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2237(a)(1), respectively. *See* Judgment [ECF No. 24]. A few months later, this Court sentenced Watson to 24 months in prison, to be followed by 24 months of supervised release. *See id.* In September of 2020, Watson filed a *pro se* motion for compassionate release, citing the COVID-19 pandemic and his purported medical issues. *See generally* Motion for Compassionate Release ("Motion") [ECF No. 30]; Supplement [ECF No. 38].

We deny Watson's Motion as moot, however, because he was recently released from prison. *See* United States' Response in Opposition to Donald Nehemiah Watson's Motion for Modification [ECF No. 31] at 10 (identifying Watson's release date as April 9, 2021); *see also* FEDERAL BUREAU OF PRISONS: FIND AN INMATE (indicating that Watson was released on April 9, 2021), *available at* https://www.bop.gov/inmateloc/. "Completion of a prison term moots a challenge to the term of confinement." *United States v. Hernandez*, 845 F. App'x 921, 921 (11th Cir. 2021) (citing *United States v. Farmer*, 923 F.2d 1557, 1568 (11th Cir. 1991)).

\*\*\*

Accordingly, the Court hereby **ORDERS and ADJUDGES** that the Motion for Compassionate Release [ECF No. 30] is **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of June 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record